USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GRIFFIN KAPELUS,

Defendant.

[PROPOSED] ORDER

20 Cr. 511 (SHS)

Upon the application of Griffin Kapelus, by his attorney, Justine Harris, Esq., for an order modifying the conditions of his pretrial release;

IT IS HEREBY ORDERED that the conditions of release be modified to remove the following requirements: (1) curfew and location monitoring; and (2) internet monitoring by Pretrial Services. All other conditions will remain in place. *On consent.*

SO ORDERED.

Date: September 25, 2020
New York, New York

Hon. Sidney H. Stein
United States District Judge