UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       19-Cr-511 (SHS)

               -v-                       :       <u>ORDER</u>

GRIFFIN KAPELUS,                         :

                    Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  The sentencing is scheduled to take place in this matter via Skype on December 21, 2020, at 11:00 a.m. The Skype link will be emailed to all participants.

  To optimize use of the Court's video conferencing technology, all participants in the call must:

  Use a browser other than Microsoft Explorer to access Skype for Business;

  Position the participant's device as close to the WiFi router as is feasible;

  Ensure any others in the participant's household are not using WiFi during the period of the call;

  Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

  If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering the Conference ID: 290057022.

Dated: New York, New York
   December 16, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.