UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GRIFFIN KAPELUS,<br><br>Defendant. | 20-CR-511 (SHS)<br><br>ORDER |

Upon the application of Griffin Kapelus, by his attorney Justine A. Harris, Esq., for an order directing U.S. Pretrial Services to release Mr. Kapelus's passport;

IT IS HEREBY ORDERED, that U.S. Pretrial Services is directed to release Mr. Kapelus's passport to him, for retrieval by his attorney's office or by his father, Jerome Kapelus, or by returning his passport to him at the address he has provided to Pretrial Services via UPS.

Dated: New York, New York
      July 7, 2021

SO ORDERED

_____
Hon. Sidney H. Stein
District Judge, United States District Court
Southern District of New York

This document was entered on the docket on _____.