**SHER TREMONTE LLP**

# MEMO ENDORSED

August 27, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Griffin Kapelus*,
              Case No. 20 Cr. 511 (SHS)

Dear Judge Stein:

    I represent Griffin Kapelus, who was sentenced by Your Honor on December 21, 2020 to a three-year term of probation, among other conditions. *See* ECF Nos. 35, 40, 43. I write to respectfully request a modification to the terms of Mr. Kapelus's release to permit him to open a Facebook account in his name, <u>so long as Mr. Kapelus uses Facebook only on devices pre-approved by Probation</u>. The account is needed for him to participate in campus activities. Probation and the government have no objection to this request.

                                Respectfully submitted,

                                */s/ Justine Harris*
                                Justine Harris

                                *Attorney for Griffin Kapelus*

cc:    All Counsel of Record (by ECF)

**Defendant's request to open a Facebook account is granted.**

**Dated: New York, New York
       August 30, 2021**

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.