# SHER TREMONTE LLP

September 29, 2022

**BY ECF**
Hon. Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Griffin Kapelus*, 20-CR-511 (SHS)

Dear Judge Stein,

    We represent Griffin Kapelus, the defendant in the above referenced matter. As Your Honor is aware, in December 2020, Mr. Kapelus was sentenced by this Court to probation for a period of three years. Mr. Kapelus has already served 21 months and continues to do exceptionally well. In addition to the standard conditions of release, the Court also required Mr. Kapelus to, among other things, complete 160 hours of community service for each year of probation. Mr. Kapelus has completed all the required hours for this year. Because of his anticipated class requirements and job responsibilities for the upcoming semester, Mr. Kapelus expects to have less free time next year and would like the opportunity to complete more community service hours this year. Currently, the Probation Office understands the Court's order to require that Mr. Kapelus complete 160 hours of community service during each calendar year, and that he is not permitted to advance his community service hours.

    Accordingly, we respectfully request that the terms of supervised release be modified so as to permit Mr. Kapelus to complete his community service hours at any time during the term of supervised release. Probation and the Government have no objection to this request.

    We appreciate the Court's consideration.

Sincerely,

/s/ Justine Harris

Justine Harris
Anna Estevao
Sher Tremonte LLP

*Attorneys for Griffin Kapelus*

**Defendant's request to complete 480 hours of community service at any time during the three year term of supervised release is granted.**

Dated: New York, New York
        September 30, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

90 Broad Street | 23rd Floor | New York, NY 10004

www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156